IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT ANTHONY DEMEYER,

    Plaintiff,

v.

ST. CHARLES HEALTH SYSTEM, INC.,

    Defendant.

Civ. No. 6:23-cv-00069-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 17), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Defendant did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 17) is adopted in full. Defendant's Motion to Dismiss is DENIED.

IT IS SO ORDERED.

    DATED this 30th day of August, 2023.

                                                         /s/ Michael J. McShane
                                                        Michael McShane
                                               United States District Judge

1 –ORDER